UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-2321 and 13-2362    as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: SupplyOne, Inc.

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ Mark W. Kinghorn
(signature)

Mark W. Kinghorn                              704-343-2102
Name (printed or typed)                       Voice Phone

McGuireWoods LLP                              704-343-2300
Firm Name (if applicable)                     Fax Number

201 North Tryon Street, Suite 3000

Charlotte, NC 28202                           mkinghorn@mcguirewoods.com
Address                                       E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 11/12/2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Matthew K. Rogers
Law Offices of Matthew K. Rogers, PLLC
200 1st Avenue, N.W.
P.O. Box 9096
Hickory, NC 28601

/s/ Mark W. Kinghorn                                           11/12/2013
Signature                                                      Date

11/17/2011
SCC